UNITED STATES BANKRUPTCY COURT  ap0050
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
In re:

                                    Case No. 16-73996

ALEX DEROSA a/k.a ALEXANDER DEROSA
AND JENNIFER DEROSA, a/k/a J. DEROSA,

                                    Chapter 13

                Debtors.
----------------------------------------------X

## LOSS MITIGATION STATUS REPORT

1. The above-referenced debtors, Alex DeRosa and Jennifer DeRosa, entered into the Bankruptcy Court's loss mitigation program pursuant to the signed order of the Honorable Bankruptcy Court Judge Robert E. Grossman, dated October 4, 2016.

2. Pursuant to said order, a loss mitigation status conference has been scheduled for November 21, 2016 at 9:30 a.m. at courtroom 860 of the Bankruptcy Court.

3. The debtors have submitted to Sheldon May & Associates, the attorneys for the mortgagee, Rushmore Loan Services, all documents and information required in connection with the debtors' mortgage loan modification application.

4. On November 9, 2016, in response to an email sent by Alan Pressman, inquiring as to whether they had all necessary documents from the debtors in connection with the debtors' mortgage loan modification application, Alan Pressman received an email from Sheldon May & Associates stating, "At this time no further information is required. The financial package submitted is with underwriting for review". (See pdf attachment).

5. On November 9, 2016, in response to an email sent by Alan Pressman asking whether, based on the foregoing, Sheldon May & Associates agrees that the loss mitigation status

conference should be adjourned ,the office of Sheldon May & Associates sent Alan Pressman an email stating, "Yes, I agree to an adjournment". (See pdf attachment).

6.  Based on the foregoing, it is requested that the Honorable Judge Robert E. Grossman of the Bankruptcy Court adjourn the loss mitigation status conference for a period of thirty (30) days, or in the alternative, to a date which the Bankruptcy Court believes is appropriate.

Dated: November 10, 2016

_____
Alan Pressman, Esq.