UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X    Case No.: 16-73996
IN RE:
                                                                APPLICATION

ALEX DEROSA, a/k/a ALEXANDER
DEROSA AND JENNIFER DEROSA,
a/k/a J. DEROSA,                                    Chapter 13


                                                          Honorable Judge Robert E. Grossman
                         Debtor.
----------------------------------------------------------X

        ALEX DEROSA and JENNIFER DEROSA, the above-referenced debtors, herewith make the following application:

        1. We filed the within Chapter 13 bankruptcy petition on August 31, 2016.

        2. Our Section 341 meeting was held and closed on October 17, 2016.

        3. Our confirmation hearing is scheduled for January 19, 2017 at 9:30 a.m.

        4. We now wish to voluntarily dismiss our Chapter 13 petition, pursuant to Section 1307(b) of the Bankruptcy Code for the reason that we have entered into a mortgage modification with Rushmore Loan Services and, as such, remaining in the Chapter 13 will serve no useful purpose for us.

        **WHEREFORE**, it is respectfully requested that this court issue an order voluntarily dismissing the debtors' Chapter 13 bankruptcy case, case #16-73996, and for such other and further relief as the court deems just and proper.

Dated: Bohemia, New York
           December 2 7, 2016

_____
ALEX DEROSA

_____
JENNIFER DEROSA